IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

THE BANK OF NEW YORK MELLON        *
TRUST COMPANY, N.A., as Trustee    *
for the Benefit of Holders of      *
the FDIC 2011 R-1 Certificates,    *
                                   *
    Plaintiff,                     *
                                   *
        v.                         *    CV 616-165
                                   *
JOHN GUNDE SOCK a/k/a John Tunde   *
Sock; ETTA WILCIA BOSS-COLE;       *
ANNA CLAXTON; AMOS FINANCIAL,      *
LLC; THE UNITED STATES,            *
                                   *
    Defendants.                    *

# O R D E R

On August 28, 2018, the Court entered an Order requesting Plaintiff to show cause as to why this case should not be dismissed for failure to prosecute. (Doc. 23.) Plaintiff was directed to respond, in writing, no later than September 11, 2018. (Id.) Plaintiff has now filed that response, albeit twenty-two days late, and requests an additional fourteen days to submit a Motion for Default and other documents. (Doc. 25.)

Plaintiff points out that its counsel filed a Notice of Appearance on October 3, 2018. (Doc. 24.) Further, Plaintiff expects to file a business record affidavit that will purportedly resolve the issue of its standing to bring this action. In the

interest of resolving this action, the Court **GRANTS** Plaintiff's motion for fourteen additional days to file a Motion for Default. However, failure to file such motion before October 18, 2018, will result in dismissal of this action without prejudice without further notice. <u>See</u> LR 41.1, SDGa.

**ORDER ENTERED** at Augusta, Georgia, this ___ day of October, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2