# United States District Court
## Southern District of Georgia

THE BANK OF NEW YORK MELLON
TRUST COMPANY, N.A., as Trustee
for the Benefit of Holders of the FDIC
2011 R-1 Certificates,

    Plaintiffs,

V.

JOHN GUNDE SOCK a/k/a John Tunde
Sock; ETTA WILCIA BOSS-COLE;
ANNA CLAXTON; AMOS FINANCIAL,
LLC; and THE UNITED STATES,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 616-165

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated October 22, 2018 and considering Plaintiff's inability to produce necessary documents, its twenty-two delay in responding to the Court's Show Cause Order, and its untimely submission of the motion for extension of time to file its motion for default, this case is DISMISSED WITHOUT PREJUDICE. All motions and deadlines are terminated. This case stands closed.



10/22/2018
Date

Scott L. Poff
Clerk

/s/ Jamie Hodge
(By) Deputy Clerk